# Court of Appeals
# of the State of Georgia

ATLANTA,    June 27, 2013

*The Court of Appeals hereby passes the following order:*

**A13D0410.  IN THE INTEREST OF: N. H., A CHILD (MOTHER).**

On October 26, 2012, the trial court terminated the mother's parental rights to minor child N. H.  Forty-one days later, on December 6, 2012, the mother moved for a new trial.  The trial court denied the mother's motion, and she filed this application for discretionary appeal on June 3, 2013.

We lack jurisdiction. An application for discretionary review must be filed within 30 days of the order to be appealed.  OCGA § 5-6-35 (d).  Although a motion for new trial generally extends this deadline, such a motion is not valid unless it is filed within 30 days after entry of judgment. See id.; OCGA § 5-5-40 (a); *Wright v. Rhodes*, 198 Ga. App. 269 (401 SE2d 35) (1990).  Here, because the mother failed to file her motion for new trial within 30 days of the order terminating her parental rights, the motion is void and did not toll the application deadline. See *Wright*, supra. Accordingly, her application, filed 220 days after entry of the termination order, is hereby DISMISSED as untimely.  See *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992).



Court of Appeals of the State of Georgia
   Clerk's Office, Atlanta, 06/27/2013
   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*


                                                , *Clerk.*